**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SONIA MARGARITA RAMIREZ, | No. 06-74111 |
| Petitioner, | Agency No. A072-263-412 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 10, 2010[**]

Before:     LEAVY, HAWKINS, and IKUTA, Circuit Judges.

Sonia Margarita Ramirez, a native and citizen of El Salvador, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's removal order.  We have jurisdiction under 8 U.S.C. § 1252.

We review for substantial evidence the agency's factual findings, *Urzua*

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Covarrubias v. Gonzales*, 487 F.3d 742, 744 (9th Cir. 2007), and we deny the petition for review.

Substantial evidence supports the agency's determination that Ramirez knowingly encouraged and assisted another alien in seeking entry to the United States in violation of law. *See* 8 U.S.C. § 1182(a)(6)(E)(i); *Urzua Covarrubias*, 487 F.3d at 748-49.

**PETITION FOR REVIEW DENIED.**